# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

APRIL LASTER,

        Plaintiff,

v.                                                     Case No:   6:24-cv-1575-JSS-LHP

SPACE COAST CREDIT UNION,

        Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S APRIL LASTER MOTION TO COMPEL ARBITRATION (Doc. No. 15)
>
> **FILED:** January 3, 2025
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED.**

On October 17, 2024, this case was dismissed and closed, and Plaintiff has not filed a motion to reopen establishing good cause or submitting the documents required by the Court's October 17, 2024 Order.  *See* Doc. No. 13; *see also* Doc. No. 10.  Accordingly, there is no open case in which Plaintiff may move to compel

- 2 -

arbitration. *See id.* Moreover, even if the motion to compel arbitration were proper, it fails to comply with Local Rule 3.01(g). Doc. No. 15. Accordingly, the motion (Doc. No. 15) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties